# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-70016

United States Court of Appeals
Fifth Circuit

**FILED**
September 23, 2019

Lyle W. Cayce
Clerk

Consolidated with 19-70017

RANDY ETHAN HALPRIN,

>        Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

>        Respondent - Appellee

Appeals from the United States  District Court
for the Northern District of Texas
USDC No. 3:13-CV-1535
USDC No. 3:19-CV-1203

Before SMITH, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Randy Halprin has filed an appeal of the district court's transfer to this court of his application for habeas relief.  We have jurisdiction over such an appeal.  *Bradford v. Tamez*, 660 F.3d 226, 230 (5th Cir. 2011).  For the reasons

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-70016 c/w
No. 19-70017

set forth in our opinion on Halprin's petition for authorization to file a successive habeas application, *In re Halprin*, Case No. 19-10960 (5th Cir. Sept. 23, 2019), we conclude that the district court properly transferred the petition to our court. That decision is, therefore, AFFIRMED.